IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JENNIFER KRANSKY, | CV 22-138-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| UNITED STATES DEPARTMENT OF VETERANS AFFAIRS AND SECRETARY OF THE DEPARTMENT OF VETERANS AFFAIRS DENIS RICHARD MCDONOUGH, in his Official Capacity, RALPH GIGLIOTTI, DR. JUDY HAYMAN, JILL THOLT, LORI TURNER, STEPHEN JACKSON, AND DAVID HUNTOON, all in their Official and Individual Capacities, | |
| Defendants. | |

Upon the Plaintiff's Motion for Leave to File Under Seal (Doc. 36), and for good cause appearing,

IT IS HEREBY ORDERED that the Plaintiff's Motion (Doc. 36) is **GRANTED.** Exhibit 8 to Plaintiff's Brief in Response to Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint shall be filed under seal.

1

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 24th day of April, 2023.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge