UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JENNIFER KRANSKY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS AND SECRETARY OF THE DEPARTMENT OF VETERANS AFFAIRS DENIS RICHARD MCDONOUGH, in his official capacity, RALPH GIGLIOTTI, DR. JUDY HAYMAN, JILL THOLT, LORI TURNER, STEPHEN JACKSON, AND DAVID HUNTOON, all in their Official and Individual Capacities,<br><br>　　　　　Defendants. | Case No. CV-22-138-BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

**X**　　Decision by Court. This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

**JUDGMENT ENTERED IN FAVOR OF DEFENDANTS AGAINST PLAINTIFF.** *(per order filed on 9/11/2023)*

Dated this 11th day of September, 2023.

　　　　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　　　　By: /s/ A. Carrillo
　　　　　　　　　　　　　　　　　　Billings Divisional Supervisor